B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re   **CIMINO BROKERAGE COMPANY, a California general partnership**   Case No.  **5:09-bk-60291**
                                    Debtor(s)                             Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $18,205,328.93 | 2008 gross income |
| $18,739,286.29 | 2007 gross income |
| $12,592,875.18 | 2009 YTG gross income |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment 3b hereto** | | $0.00 | $0.00 |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment 3c hereto** | | $0.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cimino Brothers Produce v. TIN, Inc., Case No. 2009CVF000513D2** | **Action for damages re defective produce containers** | **11th Judicial District, Webb County, Texas** | **Mediation scheduled for 12/4/09** |
| **Wells Fargo Bank v. Cimino Brothers Produce et al., CGC 09-494662** | **Money due on promissory note, breach of contract** | **State of California, San Fracisco County** | **Lawsuit filed immediately prior to bankruptcy filing. Action pending.** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **See Attachment 7 hereto** | | | |

### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Certain losses occurred. Debtor is investigating and will update response to this question.** | | |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Levene, Neale, Bender, et. al<br>10250 Constellation Boulevard<br>Suite 1700<br>Los Angeles, CA 90067 | 11/18/09 - Cimino Brothers Produce | $150,000 |
| Hank B. Niles III, Esq.<br>340 Soquel Avenue, Suite 105<br>Santa Cruz, CA 95062 | 11/04/2009 | $15,000 |
| Richard B. Abramson, Esq.<br>44 W Alisal St<br>Salinas, CA 93901 | 8/30/09 - $4,250, 9/30/09 - $50, 10/30/09 - $1,892.50 | |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceeding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Wells Fargo Bank<br>c/o Randy Rogers - Winston & Strawn<br>101 California Street<br>San Francisco, CA 94111-5802 | 11/12/2009 | Approx. $255,000 |

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cimino Brothers Produce de Mexico SA** | R.F.C. 980430 | **CARRETERA SALAMANCA-CELAYA KM. 71 SALAMANCA, GTO. Mexico** | **production of produce** | **April 1998 to present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                     DATES SERVICES RENDERED
**Phil Catalano
1020 Inverson Cr.
Salinas, CA 93901**

**Mohler, Nixon & Williams
635 Campbell Technology Prkwy Suite 100
Campbell, CA 95008**

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Paul Catalona | 31 West Market Street<br>Salinas, CA 93901 |
| Mohler, Nixon & Williams | 635 Campbell Technology Prkwy Suite 100<br>Campbell, CA 95008 |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------------------------------------------|
| 12/03/2009 | David Santos | $41,343.41 - cost |
| 12/04/2009 | Andres Meza | $21,491.95 - cost |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| 12/03/2009 | David Santos<br>Cimino Brothers Produce<br>14419 Import Road<br>Laredo, TX 78045 |
| 12/04/2009 | Andres Meza<br>14419 Import Road<br>Laredo, TX 78045 |

### 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|---------------------|------------------------|
| Vincent Cimino<br>31 West Market Street<br>Salinas, CA 93901 | general partner | 50% |
| Armand Cimino<br>10615 Mountain Cr<br>Laredo, TX 78045 | general partner | 25% |
| Stephanie Cimino<br>10615 Mountain Cr<br>Laredo, TX 78045 | general partner | 25% |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Included in Attachment 3c hereto** | | |

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **December 9, 2009**          Signature **/s/ Vincent Cimino**
                                                **Vincent Cimino**
                                                **General Partner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# ATTACHMENT 3b

SELECTION:　　　From Year = 2009; From Period = 9; Thru Year = 2009; Thru Period = 12

| VENDOR CODE | NAME | CHECK DATE | NO | CHECK AMT |
|---|---|---|---|---|
| BANK: | 1 Wells Fargo Bank-checking Ac 2672 | | | |
| CHAHOM | CHASE HOME FINANCE | 11/2/2009 | 2305 | 348.27 |
| STACOO | STACIE COOPER | 9/1/2009 | 44790 | 810.07 |
| USDAVA | USDA AMS- PACA BRANCH | 9/1/2009 | 44791 | 100.00 |
| AMEXLA | AMERICAN EXPRESS | 9/4/2009 | 44793 | 898.00 |
| AMEXLA | AMERICAN EXPRESS | 9/4/2009 | 44794 | 5689.18 |
| AMELIF | AMERITAS LIFE INSURANCE CORP | 9/4/2009 | 44795 | 1299.40 |
| SBCDAL | AT&T | 9/4/2009 | 44796 | 248.24 |
| CARSER | CHASE CARD SERVICES | 9/4/2009 | 44798 | 332.35 |
| CITLAR | CITY OF LAREDO UTILITIES | 9/4/2009 | 44799 | 1252.99 |
| CITOFS | CITY OF SALINAS | 9/4/2009 | 44800 | 420.00 |
| CONELE | CONSOLIDATED ELECTRICAL DIST | 9/4/2009 | 44802 | 207.74 |
| DRGTEC | DRG TECHNOLOGIES, INC | 9/4/2009 | 44803 | 432.09 |
| DRIEXP | DRIFTERS EXPRESS LLC | 9/4/2009 | 44804 | 3815.00 |
| FEDEXP | FEDERAL EXPRESS | 9/4/2009 | 44806 | 27.67 |
| FORCRE | FORD CREDIT | 9/4/2009 | 44807 | 531.17 |
| FORCRE | FORD CREDIT | 9/4/2009 | 44808 | 599.41 |
| FROSEL | FRONTIER SELF STORAGE | 9/4/2009 | 44809 | 119.00 |
| GRAING | GRAINGER | 9/4/2009 | 44811 | 399.17 |
| HTBAR | H T BAR INC | 9/4/2009 | 44812 | 1100.00 |
| INTTRU | INTERNET TRUCKSTOP | 9/4/2009 | 44816 | 150.00 |
| ITRADE | ITRADENETWORK INC | 9/4/2009 | 44817 | 416.00 |
| JOECIM | JOE CIMINO | 9/4/2009 | 44818 | 761.19 |
| LHTRAN | L & H TRANSPORTATION INC | 9/4/2009 | 44820 | 2200.00 |
| LARDIS | LAREDO DISCOUNT METALS | 9/4/2009 | 44821 | 391.84 |
| MARCED | MARIA CEDILLO | 9/4/2009 | 44822 | 491.67 |
| PACTEC | PACKAGING TECHNOLOGY CENTER | 9/4/2009 | 44823 | 2925.00 |
| ROYPAC | ROYAL PACKAGING | 9/4/2009 | 44825 | 1296.55 |
| SMITRA | SMITH TRANSPORTATION INC | 9/4/2009 | 44826 | 2085.00 |
| TEXCHI | TEXAS CHILD SUPPORT SDU | 9/4/2009 | 44827 | 184.76 |
| TG | TG | 9/4/2009 | 44828 | 87.51 |
| TEXCH1 | TX CHILD SUPPORT SDU | 9/4/2009 | 44830 | 186.48 |
| WEBCOU | WEBB COUNTY TAX ASSESSOR-COLLECTOR | 9/4/2009 | 44831 | 71.80 |
| ASSPAC | ASSOCIATED PACKAGING, INC | 9/10/2009 | 44833 | 325.73 |
| ATTCA | AT & T | 9/10/2009 | 44834 | 1499.65 |
| ATTCA | AT &T | 9/10/2009 | 44835 | 220.03 |
| SBCDAL | AT &T | 9/10/2009 | 44836 | 501.84 |
| BUGBUS | BUG BUSTERS TERMITE & PEST CONTROL | 9/10/2009 | 44837 | 433.01 |
| FORCRE | FORD CREDIT | 9/10/2009 | 44842 | 1127.61 |
| GREMOU | GREEN MOUNTAIN ENERGY | 9/10/2009 | 44846 | 10573.14 |
| JAVCO | JAVCO | 9/10/2009 | 44852 | 5840.00 |
| MOBMIN | MOBILE MINI | 9/10/2009 | 44854 | 251.42 |
| PITBOR | PITNEY BOWES INC | 9/10/2009 | 44856 | 116.31 |
| POSHAR | POST HARVEST TECHNOLOGIES | 9/10/2009 | 44857 | 159.11 |
| PRILAS | PRIMUS LABS COM | 9/10/2009 | 44858 | 625.00 |
| PROENE | PROPANE ENERGY LTD | 9/10/2009 | 44859 | 6.82 |
| SHEWIL | SHERWIN WILLIAMS CO. | 9/10/2009 | 44861 | 123.89 |
| SPRIGA | SPRINT | 9/10/2009 | 44863 | 172.38 |
| SPRILA | SPRINT | 9/10/2009 | 44864 | 315.54 |
| SPRINJ | SPRINT | 9/10/2009 | 44865 | 83.12 |
| TEXMUT | TEXAS MUTUAL INSURANCE COMPANY | 9/10/2009 | 44866 | 3410.00 |
| GONTRU | GONZALEZ TRUCKING | 9/10/2009 | 44869 | 17780.00 |
| GONTRU | GONZALEZ TRUCKING | 9/10/2009 | 44870 | 18096.00 |
| AMEXLA | AMERICAN EXPRESS | 9/18/2009 | 44895 | 557.00 |
| ASHTER | ASASH TERMITE & PEST CONTROL | 9/18/2009 | 44896 | 194.85 |
| CASBRA | CASTLE BRANCH, INC | 9/18/2009 | 44898 | 35.00 |
| CITOFS | CITY OF SALINAS | 9/18/2009 | 44899 | 111.00 |
| COMPIN | COMPASSION INTERNATIONAL | 9/18/2009 | 44900 | 44.00 |
| FEDEXP | FEDERAL EXPRESS | 9/18/2009 | 44903 | 38.31 |
| GRAING | GRAINGER | 9/18/2009 | 44906 | 107.18 |
| IFCO | IFCO SYSTEMS NA RPC DIVISION | 9/18/2009 | 44911 | 2735.00 |
| LARALA | LAREDO ALARM SYSTEMS INC | 9/18/2009 | 44912 | 127.72 |
| LARCOU | LAREDO COUNTRY CLUB | 9/18/2009 | 44913 | 479.06 |
| MOBMIN | MOBILE MINI | 9/18/2009 | 44914 | 278.92 |
| MONBAY | MONTEREY BAY EAC | 9/18/2009 | 44916 | 30.00 |
| PGE | P G & E | 9/18/2009 | 44917 | 710.81 |
| POSHAR | POST HARVEST TECHNOLOGIES | 9/18/2009 | 44919 | 936.81 |
| RABOWI | RABOBANK N A | 9/18/2009 | 44920 | 1160.00 |
| REDSHI | RED SHIFT INTERNET SERVICES | 9/18/2009 | 44921 | 68.85 |
| RELENE | RELIANT ENERGY | 9/18/2009 | 44922 | 650.73 |
| SHEWIL | SHERWIN WILLIAMS CO. | 9/18/2009 | 44925 | 102.78 |
| SOUSAN | SOUTHERN SANITATION | 9/18/2009 | 44926 | 307.08 |
| SPRIMO | SPRINT | 9/18/2009 | 44927 | 19.40 |
| SYSPRO | SYSCO PRODUCE | 9/18/2009 | 44928 | 7499.25 |
| TEMMEC | TEMPRITE MECHANICAL | 9/18/2009 | 44929 | 440.58 |
| TENSAL | TENNANT SALES & SERVICE COMPANY | 9/18/2009 | 44930 | 538.00 |
| TEXCHI | TEXAS CHILD SUPPORT SDU | 9/18/2009 | 44931 | 184.76 |
| TG | TG | 9/18/2009 | 44932 | 91.27 |

| Code | Name | Date | Ref | Amount |
|---|---|---|---|---|
| UNIHOL | UNIFIRST HOLDINGS L P | 9/18/2009 | 44934 | 1309.93 |
| ATTGA | AT & T | 9/25/2009 | 44941 | 751.15 |
| ATTCA | AT &T | 9/25/2009 | 44942 | 680.54 |
| BFIWAS | BFI WASTE SERVICES OF SALINAS | 9/25/2009 | 44943 | 87.80 |
| BRIEQU | BRIGGS EQUIPMENT | 9/25/2009 | 44944 | 708.84 |
| CALWAT | CALIFORNIA WATER SERVICE CO | 9/25/2009 | 44945 | 33.21 |
| CITLAR | CITY OF LAREDO UTILITIES | 9/25/2009 | 44946 | 135.53 |
| FEDEXP | FEDERAL EXPRESS | 9/25/2009 | 44950 | 40.94 |
| FROSEL | FRONTIER SELF STORAGE | 9/25/2009 | 44951 | 119.00 |
| HSABAN | HSA BANK | 9/25/2009 | 44956 | 1980.00 |
| INNWOR | INNERWORKINGS | 9/25/2009 | 44958 | 25.00 |
| MRWPCA | MRWPCA | 9/25/2009 | 44960 | 40.78 |
| NEXCOM | NEXTEL COMMUNICATIONS/SPRINT | 9/25/2009 | 44961 | 902.19 |
| PRILAS | PRIMUS LABS COM | 9/25/2009 | 44962 | 625.00 |
| PROACT | PRO*ACT LLC | 9/25/2009 | 44963 | 2054.00 |
| PURWAT | PURE WATER BOTTLING COMPANY | 9/25/2009 | 44964 | 11.25 |
| REATIM | REAL TIME FREIGHT SERVICES, LLC | 9/25/2009 | 44965 | 180.00 |
| SALVAL | SALINAS VALLEY LANDSCAPING CO | 9/25/2009 | 44967 | 125.00 |
| SAMENT | SAMPLE ENTERPRISES INC | 9/25/2009 | 44968 | 162.76 |
| SHELL | SHELL | 9/25/2009 | 44969 | 1594.20 |
| SPRIGA | SPRINT | 9/25/2009 | 44970 | 116.79 |
| STACOM | STATE COMPENSATION INSURANCE FUND | 9/25/2009 | 44971 | 429.00 |
| UNIHOL | UNIFIRST HOLDINGS L P | 9/25/2009 | 44972 | 118.95 |
| VERWIR | VERIZON WIRELESS | 9/25/2009 | 44973 | 230.53 |
| ACEOXY | ACETYLENE OXYGEN COMPNAY | 10/2/2009 | 44991 | 63.63 |
| AILHOU | AILING HOUSE PEST CONTROL | 10/2/2009 | 44992 | 60.00 |
| ATTCA | AT &T | 10/2/2009 | 44993 | 2283.53 |
| BLATRU | BLAS TRUCKING | 10/2/2009 | 44994 | 900.00 |
| BLUCRO | ANTHEM BLUE CROSS | 10/2/2009 | 44995 | 5886.00 |
| CITLAR | CITY OF LAREDO UTILITIES | 10/2/2009 | 44996 | 270.30 |
| COMPIN | COMPASSION INTERNATIONAL | 10/2/2009 | 44997 | 44.00 |
| FEDEXP | FEDERAL EXPRESS | 10/2/2009 | 45002 | 40.21 |
| FORCRE | FORD CREDIT | 10/2/2009 | 45003 | 599.41 |
| JAVCO | JAVCO | 10/2/2009 | 45009 | 5840.00 |
| JOECIM | JOE CIMINO | 10/2/2009 | 45010 | 761.19 |
| LARALA | LAREDO ALARM SYSTEMS INC | 10/2/2009 | 45013 | 127.72 |
| OFFDEP | OFFICE DEPOT | 10/2/2009 | 45014 | 288.05 |
| SPLPOO | SPLASH POOLS & SPAS | 10/2/2009 | 45016 | 67.68 |
| STACOO | STACIE COOPER | 10/2/2009 | 45017 | 756.09 |
| STPAUL | TRAVELERS | 10/2/2009 | 45018 | 4913.20 |
| TEXCHI | TEXAS CHILD SUPPORT SDU | 10/2/2009 | 45019 | 184.76 |
| TG | TG | 10/2/2009 | 45020 | 85.90 |
| UNIHOL | UNIFIRST HOLDINGS L P | 10/2/2009 | 45022 | 157.21 |
| PERWHI | PERSON WHITWORTH BORCHERS & MORALES, LLP | 10/6/2009 | 45024 | 19500.00 |
| ACEOXY | ACETYLENE OXYGEN COMPNAY | 10/9/2009 | 45025 | 65.26 |
| AMEXLA | AMERICAN EXPRESS | 10/9/2009 | 45026 | 4838.28 |
| ASHTER | ASASH TERMITE & PEST CONTROL | 10/9/2009 | 45027 | 48.71 |
| ATTCA | AT & T | 10/9/2009 | 45028 | 1499.65 |
| ATTCA | AT &T | 10/9/2009 | 45029 | 220.03 |
| BUGBUS | BUG BUSTERS TERMITE & PEST CONTROL | 10/9/2009 | 45030 | 270.63 |
| CITLAR | CITY OF LAREDO UTILITIES | 10/9/2009 | 45031 | 243.90 |
| FEDEXP | FEDERAL EXPRESS | 10/9/2009 | 45034 | 235.99 |
| FLEFUE | FLEET FUELING SYSTEMS LTD | 10/9/2009 | 45035 | 250.16 |
| GREMOU | GREEN MOUNTAIN ENERGY | 10/9/2009 | 45036 | 9599.28 |
| INTTRU | INTERNET TRUCKSTOP | 10/9/2009 | 45041 | 150.00 |
| ITRADE | ITRADENETWORK INC | 10/9/2009 | 45042 | 416.00 |
| MARCED | MARIA CEDILLO | 10/9/2009 | 45044 | 491.67 |
| MOBMIN | MOBILE MINI | 10/9/2009 | 45045 | 251.42 |
| QUANTA | QUANTALAB | 10/9/2009 | 45047 | 60.00 |
| RABOWI | RABOBANK N A | 10/9/2009 | 45048 | 2178.40 |
| REATIM | REAL TIME FREIGHT SERVICES, LLC | 10/9/2009 | 45049 | 180.00 |
| SPLPOO | SPLASH POOLS & SPAS | 10/9/2009 | 45051 | 730.68 |
| STACOM | STATE COMPENSATION INSURANCE FUND | 10/9/2009 | 45052 | 439.00 |
| UNIHOL | UNIFIRST HOLDINGS L P | 10/9/2009 | 45054 | 167.23 |
| USLOGI | US LOGICS, LLC | 10/9/2009 | 45055 | 530.47 |
| AMESUP | AMERICAN SUPPLY COMPANY | 10/19/2009 | 45073 | 116.60 |
| AMEXLA | AMERICAN EXPRESS | 10/19/2009 | 45074 | 819.00 |
| SBCDAL | AT&T | 10/19/2009 | 45075 | 184.44 |
| CITLAR | CITY OF LAREDO UTILITIES | 10/19/2009 | 45076 | 156.02 |
| FEDEXP | FEDERAL EXPRESS | 10/19/2009 | 45077 | 66.15 |
| FLEFUE | FLEET FUELING SYSTEMS LTD | 10/19/2009 | 45078 | 103.58 |
| FORCRE | FORD CREDIT | 10/19/2009 | 45079 | 1127.61 |
| MOBMIN | MOBILE MINI | 10/19/2009 | 45080 | 278.92 |
| OFFDEP | OFFICE DEPOT | 10/19/2009 | 45081 | 196.02 |
| PGE | P G & E | 10/19/2009 | 45082 | 1057.89 |
| PATINT | PATRIA INTERNATIONAL OFFICE SUPPLY | 10/19/2009 | 45083 | 108.04 |
| PURWAT | PURE WATER BOTTLING COMPANY | 10/19/2009 | 45084 | 35.00 |
| REDSHI | RED SHIFT INTERNET SERVICES | 10/19/2009 | 45085 | 68.65 |
| RELENE | RELIANT ENERGY | 10/19/2009 | 45086 | 410.92 |
| SOUSAN | SOUTHERN SANITATION | 10/19/2009 | 45087 | 313.99 |
| SPRICA | SPRINT | 10/19/2009 | 45088 | 61.19 |
| SPRILA | SPRINT | 10/19/2009 | 45089 | 261.83 |
| SPRINJ | SPRINT | 10/19/2009 | 45090 | 82.92 |
| TEXCHI | TEXAS CHILD SUPPORT SDU | 10/19/2009 | 45091 | 184.76 |

| Code | Name | Date | Ref | Amount |
|---|---|---|---|---|
| TEXMUT | TEXAS MUTUAL INSURANCE COMPANY | 10/19/2009 | 45092 | 1722.00 |
| TG | TG | 10/19/2009 | 45093 | 123.33 |
| ULINE | ULINE SHIPPING SUPPLY SPECIALISTS | 10/19/2009 | 45094 | 366.87 |
| VEGGRO | VEGETABLE GROWERS SUPPLY CO | 10/19/2009 | 45095 | 130.80 |
| WESTEX | WEST TEXAS WAREHOUSE - EQUIP & SUPPLY | 10/19/2009 | 45096 | 164.00 |
| FEDEXF | FEDERAL EXPRESS FREIGHT | 10/20/2009 | 45097 | 78.93 |
| A1SCAL | A 1 SCALE SERVICE INC | 10/22/2009 | 45098 | 2404.67 |
| AMEXLA | AMERICAN EXPRESS | 10/22/2009 | 45099 | 1840.08 |
| AMELIF | AMERITAS LIFE INSURANCE CORP | 10/22/2009 | 45100 | 1305.30 |
| BLATRU | BLAS TRUCKING | 10/22/2009 | 45101 | 825.00 |
| BUGBUS | BUG BUSTERS TERMITE & PEST CONTROL | 10/22/2009 | 45102 | 162.38 |
| COOGRA | COOPERATIVE GRADING SERVICE | 10/22/2009 | 45103 | 184.40 |
| DIXFLA | DIXIE FLAG MANUFACTURING CO. | 10/22/2009 | 45104 | 122.35 |
| FEDEXP | FEDERAL EXPRESS | 10/22/2009 | 45105 | 115.39 |
| FIRALA | FIRST ALARM MONTEREY COUNTY | 10/22/2009 | 45106 | 357.78 |
| GEOPAC | GEORGIA PACIFIC | 10/22/2009 | 45107 | 3847.02 |
| GROICE | GROWER ICE COMPANY | 10/22/2009 | 45108 | 587.06 |
| INTIND | INTRADE INDUSTRIES, INC | 10/22/2009 | 45109 | 7688.00 |
| NEXCOM | NEXTEL COMMUNICATIONS/SPRINT | 10/22/2009 | 45110 | 807.91 |
| PROENE | PROPANE ENERGY LTD | 10/22/2009 | 45111 | 102.00 |
| SATCRE | SATCHELL CREEK EXPRESS | 10/22/2009 | 45112 | 2180.00 |
| SUNPLA | SUNSHINE PLASTICS CORPORATION | 10/22/2009 | 45113 | 7383.57 |
| UARINC | UART, INC | 10/22/2009 | 45114 | 823.20 |
| UNIHOL | UNIFIRST HOLDINGS L P | 10/22/2009 | 45115 | 84.19 |
| USDAMO | USDA AMS PACA BRANCH | 10/22/2009 | 45116 | 520.53 |
| FORCRE | FORD CREDIT | 10/26/2009 | 45117 | 1037.05 |
| ALSMIT | A. L. SMITH TRUCKING INC | 10/30/2009 | 45133 | 3115.00 |
| AILHOU | AILING HOUSE PEST CONTROL | 10/30/2009 | 45134 | 60.00 |
| AMELIF | AMERITAS LIFE INSURANCE CORP | 10/30/2009 | 45136 | 1300.30 |
| ATTCA | AT &T | 10/30/2009 | 45137 | 2724.35 |
| BFIWAS | BFI WASTE SERVICES OF SALINAS | 10/30/2009 | 45138 | 89.44 |
| CALWAT | CALIFORNIA WATER SERVICE CO | 10/30/2009 | 45140 | 35.33 |
| FEDEXF | FEDERAL EXPRESS FREIGHT | 10/30/2009 | 45143 | 2.76 |
| FEDEXP | FEDERAL EXPRESS | 10/30/2009 | 45144 | 57.69 |
| FORCRE | FORD CREDIT | 10/30/2009 | 45145 | 599.41 |
| FROSEL | FRONTIER SELF STORAGE | 10/30/2009 | 45146 | 119.00 |
| INTTRU | INTERNET TRUCKSTOP | 10/30/2009 | 45147 | 150.00 |
| MARCED | MARIA CEDILLO | 10/30/2009 | 45151 | 491.67 |
| MONCSO | MONTEREY COUNTY SHERIFF'S OFFICE | 10/30/2009 | 45152 | 513.66 |
| NEWDEP | NEW JERSEY DEPARTMENT OF AGRICLTURE | 10/30/2009 | 45153 | 273.76 |
| OFFDEP | OFFICE DEPOT | 10/30/2009 | 45154 | 168.44 |
| PRILAS | PRIMUS LABS COM | 10/30/2009 | 45155 | 625.00 |
| RESACC | RESERVE ACCOUNT | 10/30/2009 | 45156 | 400.00 |
| RICBAB | THE LAW OFFICE OF RICHARD B ABRAMSON | 10/30/2009 | 45157 | 1942.50 |
| SALVAL | SALINAS VALLEY LANDSCAPING CO | 10/30/2009 | 45158 | 125.00 |
| SHELL | SHELL | 10/30/2009 | 45159 | 1805.94 |
| SPRIMO | SPRINT | 10/30/2009 | 45160 | 19.01 |
| STPAUL | TRAVELERS | 10/30/2009 | 45161 | 4338.20 |
| TENDEP | TENNESSEE DEPARTMENT OF AGRICULTURE | 10/30/2009 | 45162 | 217.40 |
| TEXCHI | TEXAS CHILD SUPPORT SDU | 10/30/2009 | 45163 | 184.76 |
| TG | TG | 10/30/2009 | 45164 | 100.65 |
| VERWIR | VERIZON WIRELESS | 10/30/2009 | 45165 | 231.50 |
| PERWHI | PERSON WHITWORTH BORCHERS & MORALES, LLP | 11/4/2009 | 45166 | 20000.00 |
| BANOFA | BANK OF AMERICA NA | 11/2/2009 | 82304 | 7812.66 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 9/8/2009 | 209830 | 25000.00 |
| CITBUS | CITI BUSINESS CARD | 9/8/2009 | 209832 | 910.89 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 9/9/2009 | 209833 | 20000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 9/10/2009 | 209834 | 10000.00 |
| AMEXTX | AMERICAN EXPRESS | 9/14/2009 | 209835 | 4891.66 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 9/17/2009 | 209836 | 20000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 9/21/2009 | 209837 | 15000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 9/28/2009 | 209838 | 20000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/5/2009 | 209839 | 25000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/8/2009 | 209840 | 25000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/9/2009 | 209841 | 25000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/13/2009 | 209842 | 8000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/15/2009 | 209843 | 10000.00 |
| CITBUS | CITI BUSINESS CARD | 9/10/2009 | 209844 | 311.00 |
| CITBUS | CITI BUSINESS CARD | 10/5/2009 | 209845 | 850.64 |
| CITBUS | CITI BUSINESS CARD | 10/10/2009 | 209846 | 350.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/16/2009 | 209847 | 10000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/19/2009 | 209848 | 17000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/21/2009 | 209849 | 30000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/22/2009 | 209850 | 12000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/27/2009 | 209851 | 25000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 10/29/2009 | 209852 | 25000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 11/2/2009 | 209853 | 25000.00 |
| MX1997 | CBP - MEXICO - BANCOMER - 1997 | 11/5/2009 | 209856 | 60000.00 |
| ARMCPR | ARMAND CIMINO | 9/4/2009 | 20082194 | 5463.68 |
| STECPR | STEPHANIE CIMINO | 9/4/2009 | 20082195 | 5182.41 |
| VINCPR | VINCE CIMINO | 9/4/2009 | 20082196 | 8164.73 |
| VINCPR | VINCE CIMINO | 9/4/2009 | 20082197 | 891.09 |
| CHATHO | CHARLES T HOWARD | 9/4/2009 | 20082198 | 379.87 |
| COLSER | COLSON SERVICES | 9/1/2009 | 20082201 | 11058.09 |

| Code | Payee | Date | Check # | Amount |
|---|---|---|---|---|
| BANOFA | BANK OF AMERICA NA | 9/1/2009 | 20082203 | 7812.68 |
| NMHGFI | NMHG FINANCIAL SERVICES, INC. | 9/1/2009 | 20082204 | 2555.78 |
| GECAPI | GE CAPITAL | 9/1/2009 | 20082205 | 1331.10 |
| FORCRE | FORD CREDIT | 9/1/2009 | 20082206 | 765.70 |
| CHAHOM | CHASE HOME FINANCE | 9/1/2009 | 20082207 | 348.27 |
| CISSYS | CISCO SYSTEMS CAPITAL CRP | 9/2/2009 | 20082208 | 6707.78 |
| COUHOM | BANK OF AMERICA HOME MORTGAGE | 9/8/2009 | 20082209 | 3397.75 |
| COUHOM | BANK OF AMERICA HOME MORTGAGE | 9/8/2009 | 20082210 | 2266.40 |
| IRSPR | INTERNAL REVENUE - CALIF | 9/9/2009 | 20082211 | 5443.44 |
| EDDPR | EMPLOYMENT DEV DEPT - CALIF | 9/9/2009 | 20082213 | 101.35 |
| EDDPR | EMPLOYMENT DEV DEPT - CALIF | 9/9/2009 | 20082214 | 934.99 |
| IRSTX | INTERNAL REVENUE - TEXAS | 9/9/2009 | 20082216 | 645.58 |
| IRSTX | INTERNAL REVENUE - TEXAS | 9/9/2009 | 20082217 | 834.50 |
| IRSTX | INTERNAL REVENUE - TEXAS | 9/9/2009 | 20082218 | 1930.62 |
| ARMCPR | ARMAND CIMINO | 9/18/2009 | 20082219 | 5463.68 |
| STECPR | STEPHANIE CIMINO | 9/18/2009 | 20082220 | 5182.41 |
| VINCPR | VINCE CIMINO | 9/18/2009 | 20082221 | 8164.73 |
| STECIM | STEPHANIE CIMINO | 9/18/2009 | 20082222 | 202.85 |
| BANOFT | BANK OF THE WEST | 9/15/2009 | 20082223 | 9070.62 |
| GECAPI | GE CAPITAL | 9/15/2009 | 20082225 | 4001.05 |
| GECAPI | GE CAPITAL | 9/15/2009 | 20082226 | 2541.59 |
| GENMOT | GENERAL MOTORS ACCEPTANCE CORP | 9/15/2009 | 20082227 | 1286.58 |
| CHAAUT | CHASE AUTO FINANCE | 9/11/2009 | 20082228 | 799.90 |
| IRSPR | INTERNAL REVENUE - CALIF | 9/22/2009 | 20082231 | 5950.06 |
| EDDPR | EMPLOYMENT DEV DEPT - CALIF | 9/22/2009 | 20082232 | 1040.57 |
| EDDPR | EMPLOYMENT DEV DEPT - CALIF | 9/22/2009 | 20082233 | 202.69 |
| IRSTX | INTERNAL REVENUE - TEXAS | 9/22/2009 | 20082234 | 2024.33 |
| IRSTX | INTERNAL REVENUE - TEXAS | 9/22/2009 | 20082236 | 645.58 |
| IRSTX | INTERNAL REVENUE - TEXAS | 9/22/2009 | 20082237 | 834.50 |
| IRSTX | INTERNAL REVENUE - TEXAS | 9/24/2009 | 20082238 | 467.36 |
| ARMCPR | ARMAND CIMINO | 10/2/2009 | 20082239 | 5463.68 |
| STECPR | STEPHANIE CIMINO | 10/2/2009 | 20082240 | 5182.41 |
| VINCPR | VINCE CIMINO | 10/2/2009 | 20082242 | 8164.73 |
| CHATHO | CHARLES T HOWARD | 10/2/2009 | 20082243 | 202.13 |
| CENPOI | CENTER POINT ENERGY | 9/29/2009 | 20082244 | 12.66 |
| COLSER | COLSON SERVICES | 10/1/2009 | 20082245 | 11058.09 |
| BANOFA | BANK OF AMERICA NA | 10/1/2009 | 20082246 | 7812.68 |
| NMHGFI | NMHG FINANCIAL SERVICES, INC. | 10/1/2009 | 20082247 | 2555.78 |
| GECAPI | GE CAPITAL | 10/1/2009 | 20082248 | 1331.10 |
| CHAHOM | CHASE HOME FINANCE | 10/1/2009 | 20082250 | 348.27 |
| CISSYS | CISCO SYSTEMS CAPITAL CRP | 10/1/2009 | 20082251 | 6707.78 |
| FORCRE | FORD CREDIT | 10/1/2009 | 20082252 | 765.70 |
| FORCRE | FORD CREDIT | 9/30/2009 | 20082253 | 798.39 |
| IRSPR | INTERNAL REVENUE - CALIF | 10/2/2009 | 20082254 | 5950.06 |
| EDDPR | EMPLOYMENT DEV DEPT - CALIF | 10/2/2009 | 20082255 | 1040.57 |
| EDDPR | EMPLOYMENT DEV DEPT - CALIF | 10/2/2009 | 20082256 | 202.69 |
| IRSTX | INTERNAL REVENUE - TEXAS | 10/2/2009 | 20082257 | 1674.67 |
| IRSTX | INTERNAL REVENUE - TEXAS | 10/2/2009 | 20082258 | 834.50 |
| IRSTX | INTERNAL REVENUE - TEXAS | 10/2/2009 | 20082259 | 645.58 |
| IRSTX | INTERNAL REVENUE - TEXAS | 10/2/2009 | 20082260 | 78.32 |
| STECPR | STEPHANIE CIMINO | 10/16/2009 | 20082262 | 5182.41 |
| ARMCPR | ARMAND CIMINO | 10/16/2009 | 20082264 | 5463.68 |
| VINCPR | VINCE CIMINO | 10/16/2009 | 20082265 | 8164.73 |
| COUHOM | BANK OF AMERICA HOME MORTGAGE | 10/6/2009 | 20082266 | 3397.75 |
| COUHOM | BANK OF AMERICA HOME MORTGAGE | 10/6/2009 | 20082267 | 2266.40 |
| CHAAUT | CHASE AUTO FINANCE | 10/14/2009 | 20082268 | 799.90 |
| SCOCOM | SCOULER & COMPNAY | 10/2/2009 | 20082269 | 25000.00 |
| BANOFT | BANK OF THE WEST | 10/15/2009 | 20082270 | 9070.62 |
| GECAPI | GE CAPITAL | 10/15/2009 | 20082271 | 4001.05 |
| GECAPI | GE CAPITAL | 10/15/2009 | 20082272 | 2541.59 |
| GENMOT | GENERAL MOTORS ACCEPTANCE CORP | 10/15/2009 | 20082273 | 1286.58 |
| SCOCOM | SCOULER & COMPNAY | 10/14/2009 | 20082274 | 15000.00 |
| PERWHI | PERSON WHITWORTH BORCHERS & MORALES, LLP | 10/19/2009 | 20082276 | 5000.00 |
| IRSPR | INTERNAL REVENUE - CALIF | 10/20/2009 | 20082277 | 5950.06 |
| EDDPR | EMPLOYMENT DEV DEPT - CALIF | 10/20/2009 | 20082278 | 1040.57 |
| IRSTX | INTERNAL REVENUE - TEXAS | 10/20/2009 | 20082280 | 834.50 |
| IRSTX | INTERNAL REVENUE - TEXAS | 10/20/2009 | 20082282 | 1813.57 |
| IRSTX | INTERNAL REVENUE - TEXAS | 10/20/2009 | 20082283 | 645.58 |
| IRSPR | INTERNAL REVENUE - CALIF | 10/28/2009 | 20082285 | 39.23 |
| IRSTX | INTERNAL REVENUE - TEXAS | 10/28/2009 | 20082286 | 43.94 |
| ARMCPR | ARMAND CIMINO | 11/2/2009 | 20082292 | 5463.68 |
| STECPR | STEPHANIE CIMINO | 11/2/2009 | 20082293 | 5182.41 |
| VINCPR | VINCE CIMINO | 11/2/2009 | 20082294 | 8164.73 |
| VINCIM | VINCE CIMINO | 11/2/2009 | 20082295 | 891.09 |
| TEXWOR | CASHIER | 10/26/2009 | 20082296 | 221.35 |
| COLSER | COLSON SERVICES | 11/2/2009 | 20082297 | 11058.09 |
| NMHGFI | NMHG FINANCIAL SERVICES, INC. | 11/2/2009 | 20082298 | 2555.78 |
| GECAPI | GE CAPITAL | 11/2/2009 | 20082299 | 1331.10 |
| FORCRE | FORD CREDIT | 11/2/2009 | 20082301 | 765.70 |
| FORCRE | FORD CREDIT | 11/2/2009 | 20082302 | 798.39 |
| BANOFA | BANK OF AMERICA NA | 11/2/2009 | 20082304 | 7812.68 |
| CHAHOM | CHASE HOME FINANCE | 11/2/2009 | 20082305 | 348.27 |
| CENPOI | CENTER POINT ENERGY | 10/28/2009 | 20082306 | 12.66 |
| IRSPR | INTERNAL REVENUE - CALIF | 11/3/2009 | 20082307 | 5950.06 |

| | | | | | |
|---|---|---|---|---|---|
| EDDPR | EMPLOYMENT DEV DEPT - CALIF | | 11/3/2009 | 20082308 | 1040.57 |
| IRSTX | INTERNAL REVENUE - TEXAS | | 11/3/2009 | 20082309 | 1707.28 |
| IRSTX | INTERNAL REVENUE - TEXAS | | 11/3/2009 | 20082310 | 645.58 |
| IRSTX | INTERNAL REVENUE - TEXAS | | 11/3/2009 | 20082311 | 834.50 |
| HENNIL | HENRY NILES | | 11/4/2009 | 20082312 | 15000.00 |
| SCOCOM | SCOULER & COMPNAY | | 11/3/2009 | 20082313 | 25000.00 |
| CISSYS | CISCO SYSTEMS CAPITAL CRP | | 11/3/2009 | 20082314 | 8707.78 |
| | | TOTALS | | | 1063351.68 |

# ATTACHMENT 3c

| Name | Relationship to Debtor | Nov 23 2006 thru Dec 2008 Gross Amounts | Amount Paid from Jan thru Nov 11 09 | Amount Unpaid From Nov 12 Thru 23 09 | TOTAL Current Yr Prior to Chapter 11 | Basis of payment |
|---|---|---|---|---|---|---|
| Mary Cimino | relative of general partner | $ 1,592.35 | $ 25,052.38 | $ 636.96 | $ 27,281.89 | Payroll |
| Michelle D. Cimino | relative of general partner | $ 3,461.58 | $ 54,461.52 | $ 1,384.65 | $ 59,307.75 | Payroll |
| Christina N. Cimino | relative of general partner | $ 3,825.47 | $ 57,039.62 | $ 1,450.23 | $ 62,115.32 | Payroll |
| Juan Jose Morales Avina | relative of general partner | $ 3,460.84 | $ 32,415.52 | $ 992.37 | $ 36,888.73 | Payroll |
| Christina N. Cimino | relative of general partner | | | | $ 6,942.08 | Exp Reimbursments |
| Joe Cimino | former general partner and relative | | | | $ 6,373.09 | Distribution |
| Michelle D. Cimino | relative of general partner | | | | $ 2,033.92 | Exp Reimbursments |
| Armand Cimino | general partner | | | | $ 160,652.14 | Compensation |
| Armand Cimino | general partner | | | | $ 2,335.50 | Taxes |
| Armand Cimino | general partner | | | | $ 1,302.67 | Health Ins |
| Armand Cimino | general partner | | | | $ 4,904.32 | Health Ins |
| Armand Cimino | general partner | | | | $ 882.46 | Compensation |
| Armand Cimino | general partner | | | | $ 4,963.42 | Reimbursements |
| Stephanie Cimino | general partner | | | | $ 125,575.36 | Compensation |
| Stephanie Cimino | general partner | | | | $ 119,916.28 | Life Insurence |
| Stephanie Cimino | general partner | | | | $ 2,335.50 | Taxes |
| Stephenie Cimino | general partner | | | | $ 1,760.00 | Health Ins |
| Stephanie Cimino | general partner | | | | $ 769.17 | Health Ins |
| Stephenie Cimino | general partner | | | | $ 865.13 | Compensation |
| Vince Cimino | general partner | | | | $ 229,093.00 | Compensation |
| Vince Cimino | general partner | | | | $ 1,761.00 | Taxes |
| Vince Cimino | general partner | | | | $ 3,520.00 | Health Ins |
| Vince Cimino | general partner | | | | $ 5,578.24 | Heelth Ins |
| Vince Cimino | general partner | | | | $ 21,033.60 | Life Insurance |
| Vince Cimino | general partner | | | | $ 2,790.89 | Reimbursements |
| Vince Cimino | general partner | | | | $ 43,940.70 | Life Insurance |
| Vince Cimino | general partner | | | | $ 24,930.40 | BofA (CountryWide)-Mor |
| Javco | Landlord (insider owned) | | | | $ 61,138.46 | office rent |
| Cimino Brothers de Mexico | Wholly-owned subsidiary | | | | $ 6,403,541.16 | product purcheses |

# ATTACHMENT 7

## 5075 CONTRIBUTIONS
## 5141.04 GIFT EXPENSE

| Date | Check | Code | Name | Address | Value |
|---|---|---|---|---|---|
| 1/28/2009 | Check #43284 | COMPIN - JAN09 0046 | Compassion Intl | Colorado Springs, CO 8099 | 38 |
| 2/28/2009 | Check #43503 | COMPIN - FEB09 0046 | Compassion Intl | Colorado Springs, CO 8099 | 38 |
| 3/31/2009 | Check #43795 | COMPIN - MAR09 0046 | Compassion Intl | Colorado Springs, CO 8099 | 38 |
| 4/27/2009 | Check #44026 | COMPIN - APR09 0046 | Compassion Intl | Colorado Springs, CO 8100 | 38 |
| 5/28/2009 | Check #44278 | COMPIN - MAY09 0046 | Compassion Intl | Colorado Springs, CO 8100 | 38 |
| 6/3/2009 | Check #44158 | SALPOL - 060309 | Salinas Police Offices | Salinas Rd, Salinas CA 9390 | 50 |
| 6/26/2009 | Check #44490 | COMPIN - JUN09 0046 | Compassion Intl | Colorado Springs, CO 8100 | 38 |
| 7/31/2009 | Check #44651 | COMPIN - JUL09 0046 | Compassion Intl | Coloredo Springs, CO 8100 | 44 |
| 7/31/2009 | Check #44803 | AMEXLA - JUL09 86008 | | 2009-07-PJ-0056 | 7 |
| 8/31/2009 | Check #44900 | COMPIN - AUG09 0046 | Compassion Intl | Colorado Springs, CO 8100 | 44 |
| 9/28/2009 | Check #44997 | COMPIN - SEP09 0046 | Compassion Intl | Colorado Springs, CO 8100 | 44 |
| 10/28/2009 | Check #0 | COMPIN - OCT09 0046 | Compassion Intl | Colorado Springs, CO 8100 | 44 |
| 10/31/2009 | Check #0 | MUSDYS - OCT 2009 | Muscular Dystrophy Ass | 1245 Winchester SJ CA 951 | 100 |
| 11/30/2008 | Check #42848 | COMPIN - NOV08 0046 | Compassion Intl | Colorado Springs, CO 8100 | 36 |
| 12/29/2008 | Check #43041 | COMPIN - DEC08 0048 | Compassion Intl | Colorado Springs, CO 8100 | 38 |
| 1/31/2009 | Check #20081836 | AMEXTX - JAN09 71002 | Mexiquito Orphanage | Gto Mexico | 1731.17 |
| | Totals | | | | 2368.17 |