Entered on Docket
October 12, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Timothy J. Silverman, Esq.
   [SBN 145264]
2  Solomon, Grindle, Silverman
   & Wintringer
3  A Professional Corporation
   12651 High Bluff Drive, Suite 300
4  San Diego, California 92130
   Telephone: (858) 7938500
5  Facsimile: (858) 793-8263

6  Attorneys for Secured Creditor
   Moving Party, JP MORGAN CHASE
7  BANK, N.A.

IT IS SO ORDERED.
Signed October 12, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CIMINO BROKERAGE COMPANY, A CALIFORNIA GENERAL PARTNERSHIP dba CIMINO BROTHERS PRODUCE,<br><br>   Debtor.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>   Movant,<br>-vs-<br><br>CIMINO BROKERAGE COMPANY, A CALIFORNIA GENERAL PARTNERSHIP dba CIMINO BROTHERS PRODUCE,<br><br>   Respondent. | Case No: 09-60291<br><br>RS No: TJS-747<br><br>Chapter 11<br><br>**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: September 15, 2010<br>Time: 2:15 p.m.<br>Crtrm: 3020<br><br>*The Courtroom of the Honorable Arthur S. Weissbrodt* |

On September 15, 2010, at 2:15 p.m., in Courtroom 3020 of the above-entitled Court, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, the Motion of Secured Creditor and Moving Party, JP MORGAN CHASE BANK, N.A. ("JP MORGAN") for Relief From Automatic Stay came on regularly for hearing. William Pierce, Esq. appeared on behalf of Solomon, Grindle, Silverman & Wintringer, attorneys for JP MORGAN. Other

appearances were noted on the record.

Upon review of JP MORGAN's Motion, hearing oral argument of counsel and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that:

1. The automatic stay of §362 shall remain in full force and effect.
2. The Debtor shall make all post-petition payments due and owing under the terms of the Contract to JP MORGAN.
3. If the Debtor defaults upon any provision of this Order, JP MORGAN shall provide the Debtor and any counsel of record with fifteen (15) days' written notice to cure the default. If the Debtor fails to cure the default within the fifteen (15) day cure period, JP MORGAN shall be entitled to file an Ex Parte Declaration outlining the default and failure to cure as well as an Order for Relief from the Automatic Stay.

*** END OF ORDER ***

# COURT SERVICE LIST

**Debtor**
Cimino Brokerage Company dba
Cimino Brothers Produce
31 West Market Street
Salinas, CA 93901

**Attorneys for Debtor**
David B. Golubchik, Esq.
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Boulevard, #1700
Los Angeles, CA 90067

Todd M. Arnold, Esq.
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Boulevard, #1700
Los Angeles, CA 90067

**Creditor Committee**
Official Committee of Unsecured Creditors
c/o Manasian & Rougeau, LLP
Attn: Gregory A. Rougeau
400 Montgomery Street, Suite 1000
San Francisco, CA 94104

**Office of the U.S. Trustee**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

**Attorney for Movant**
Timothy J. Silverman, Esq.
Solomon, Grindle, Silverman & Wintringer
12651 High Bluff Drive, Suite 300
San Diego, CA 92130