Bernard R. Given II (State Bar No. 134718)
  bgiven@frandzel.com
Michael J. Gomez (State Bar No. 251571)
  mgomez@frandzel.co,
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California  90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CIMINO BROKERAGE COMPANY dba CIMINO BROTHERS PRODUCE,<br><br>Debtor. | CASE No.: 09-60291-ASW<br><br>Chapter 11<br><br>**BANK OF AMERICA, N.A.'S MOTION FOR ORDER:**<br><br>**(1) CLARIFYING CONFIRMED PLAN OF REORGANIZATION; AND**<br><br>**(2) CONVERTING OR DISMISSING THIS CASE**<br><br>Date:    January 25, 2010<br>Time:   2:15 p.m.<br>Ctrm:   3020<br>         280 South First Street, Third Floor<br>         San Jose, CA 95113 |

TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE:

Bank of America, N.A. (the "Bank") submits this Motion for entry of an order clarifying the confirmed Plan of Reorganization or converting or dismissing this bankruptcy case (the "Motion"). The Reorganized Debtor failed to make payments to the Bank and sell certain equipment pursuant to the Plan of Reorganization (the "Plan"). The Reorganized Debtor is accordingly in default under the terms of the Plan. The Plan contains sweeping provisions enjoining the enforcement of any claim. The Bank seeks a determination that the injunction does not apply so that the Bank may enforce its non-bankruptcy law rights and remedies, and that the Reorganized Debtor must make the payments and sell the equipment required by the Plan or face dismissal or conversion of its Chapter 11 case.

**WHEREFORE**, the Bank respectfully requests that the Court enter an order: (a) affirming the adequacy of the notice given; (b) determining that the Bank is not enjoined from enforcing its non-bankruptcy law rights and remedies; and (c) ordering the Reorganized Debtor to make the payments required by the Plan and perform the Plan's requirements or face dismissal or conversion of its Chapter 11 case.

DATED: December 21, 2010

Respectfully submitted,
FRANDZEL ROBINS BLOOM & CSATO, L.C.
BERNARD R. GIVEN II
MICHAEL J. GOMEZ

By: */s/ Michael J. Gomez*
    MICHAEL J. GOMEZ
    Attorneys for Bank of America, N.A.

MOTION FOR RELIEF FROM THE AUTOMATIC STAY