DAVID B. GOLUBCHIK (SBN 185520)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO
   & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| In re<br><br>**CIMINO BROKERAGE COMPANY dba CIMINO BROTHERS PRODUCE**,<br><br>      Reorganized Debtor. | ) CASE NO. 5:09-bk-60291<br>)<br>) Chapter 11<br>)<br>)<br>) <u>Hearing:</u><br>) Date: January 25, 2011<br>) Time: 2:15 p.m.<br>) Place: Courtroom "3035"<br>)       280 South First St.<br>)       San Jose, CA 95113<br>)<br>)<br>) |

**DECLARATION OF VINCENT CIMINO IN SUPPORT OF OPPOSITION TO
MOTIONS TO CONVERT OR DISMISS CASE**

1

I, Vincent Cimino, hereby declare as follows:

1.      I am a general partner of Cimino Brokerage Company dba Cimino Brothers Produce, the reorganized debtor herein (the "Debtor"). The Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on November 24, 2009 (the "Petition Date"). The Debtor's plan of reorganization went effective as of October 1, 2010.

2.      I have personal knowledge of the facts set forth herein and could and would competently testify as to these facts. I am familiar with the operations of the Debtor, its assets, liabilities, and contracts. I have access to all the Debtor's books and records. All items in the Debtor's books and records constitute writings taken, made or maintained in the ordinary course of business by a person employed by the Debtor who had a business duty to the Debtor to keep such books and records as accurate and current as possible. The facts stated herein are based on my review of the Debtor's books and records and my personal knowledge of the Debtor's business operations and financial affairs.

3.      I have reviewed the motions to convert or dismiss this case filed by Hitachi Capital America Corp. ("Hitachi") and Bank of America ("Bank"). For the reasons set forth in the opposition and hereinbelow, I believe that the motions should be denied.

4.      Attached hereto as Exhibit "A" is a true and correct copy of Check No. 1026 in the amount of $3,812.39, which shows that it cleared the bank, and therefore paid. Additionally, attached hereto as Exhibit "B" is a true and correct copy of an email from counsel for Hitachi to counsel for the Debtor, which I have seen, dated November 17, 2010 confirming that such payment was received.

5.      Attached hereto as Exhibit "C" is a true and correct copy of Check No. 1858 in the amount of $1,331.10 which has cleared the bank and confirms payment.

6.     Attached hereto as Exhibit "D" is a true and correct copy of Check No. 1142 in the amount of $4,001.05, which has cleared the bank and evidences payment.

7.     I have been responsive to Hitachi's contacts.  I have left numerous voicemails and sent emails to Hitachi's representative.  The fact that the process has not been completed is not the fault of the Debtor and the Debtor should not be punished for the foregoing.  Attached hereto as Exhibit "E" is one of the emails that I sent to the Hitachi representative based on lack of responsiveness to me.

8.     Attached hereto collectively as Exhibit "F" are true and correct copies of checks for payments of October, November and December 2010 to the Bank, all of which indicate that they have cleared the bank.  Payments have therefore been made.

9.     Moreover, I disagree with the Bank's allegation that the Debtor is in default under the plan for failing to sell its cooling equipment in Laredo.  Pursuant to the Plan, the Debtor was to use best efforts to sell equipment, but it does not obligate the Debtor to sell such equipment.  Consistent with the foregoing, we used best efforts to sell the equipment at a fair price.  I personally spoke to numerous interested parties, including manufacturers and the broker who was involved in the original transaction.  Unfortunately, based on the depressed economic environment, we were not able to sell the equipment at a fair market price.  Instead, we determined that the Debtor can utilize such equipment in connection with its operations.  We have been able to use such equipment successfully in our operations.  Additionally, the Debtor has continued to make full monthly payments to the Bank based on the full loan balance.  To the best of my knowledge, there is no provision in the Plan causing a default in the event that equipment is not sold.

10.     The Debtor is in a difficult economic environment.  We are doing our best to make the Debtor succeed for the benefit of all creditors.  It is true that, at times, certain payments

Case: 09-60291     Doc# 217     Filed: 01/12/11     Entered: 01/12/11 16:35:15     Page 3 of 21

are slightly delayed based on cashflow. However, the required payments to Hitachi and the Bank have been made and the Debtor will continue to make the required payments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of January, 2011, at Salinas, California.

                          ___/S/ *Vincent Cimino*_____
                          VINCENT CIMINO

4

# EXHIBIT A



## Check Images

Account: CHECKING xxxxxx8338 | Check Number: 1026 | Date Posted: 11/22/2010 | Amount: $3,812.39

Zoom In 🔍 Zoom Out 🔍 Print 🖨

---

CIMINO BROTHERS PRODUCE
GENERAL ACCOUNT
31 WEST MARKET ST.
SALINAS, CA 93901

COMERICA BANK
www.comerica.com

1026

90-3752/1211
896

11/8/2010

540009056 17 111910 010992058

PAY TO THE ORDER OF *Hitachi Capital America, Corp.*        $ 3812 ³⁹/₁₀₀

*Three thousand eight hundred twelve + 39/100*        DOLLARS

MEMO *Hitachi Capital America Corp*
*800 Connecticut Avenue*
*Norwalk CT 06854*

AUTHORIZED SIGNATURE

"001026" :121137522: 189247833B" "000038123"

---

02100089        8612    30311002094
B00000 CORP 010992056CITIBANK,DE
1126 540009056 111910N CASTLE,DE

FOR DEPOSIT ONLY
HITACHI CAPITAL AMERICA
440764427

BANK OF AMERICA,N.A.,IRT
011000138  ER382 94 P05
11/22/10

46701786ll

---

© 2005-2008, Comerica Incorporated. All rights reserved. Comerica Bank    Equal Opportunity Lender    Member FDIC    Equal Housing Lender

Product Terms
Terms and Conditions
Privacy
Security
Consumer Complaint Notice

Case: 09-60291    Doc# 217    Filed: 01/12/11    Entered: 01/12/11 16:35:15    Page 6 of 21

# EXHIBIT B

## David B. Golubchik

| | |
|---|---|
| **From:** | Richard Solomon [Richard@sgsslaw.com] |
| **Sent:** | Wednesday, November 17, 2010 1:43 PM |
| **To:** | David B. Golubchik |
| **Cc:** | Gary Gray |
| **Subject:** | Cimino |

David,
Just spoke with HCA. They received the admin claim amount of $3812.39 but, have not received the balance owed of $1331.10 nor the cure amount of $4001.05. Also Vince has not returned calls to make arrangements to pick up the rejected equipment. Can I please get a status on this. Thanks

Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
   & WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
T 858-793-8516 / F 858-793-8263


CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.



**From:** Gary Gray <GGray@HitachiCapitalAmerica.com>
**To:** Richard Solomon
**Sent:** Thu Nov 11 06:34:02 2010
**Subject:** RE: Cimino

I did get an after hours message from Mr. Cimino last night – my voicemail greeting is old, need to change it.  I haven't contacted him, true.  But he had requested my contact info (which I sent him) and this is the first time he's called me.

*Gary S. Gray*
Litigation & Workout Analyst
Hitachi Capital America Corp.
800 Connecticut Avenue
Norwalk, CT 06854
(203) 956-3213
(203) 956-3013 (fax)
GGray@HitachiCapitalAmerica.com

**From:** Richard Solomon [mailto:Richard@sgsslaw.com]
**Sent:** Wednesday, November 10, 2010 7:49 PM
**To:** Gary Gray
**Subject:** Cimino


fyi

Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
& WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
T 858-793-8516 / F 858-793-8263

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** David B. Golubchik [mailto:DBG@lnbyb.com]
**Sent:** Wednesday, November 10, 2010 3:42 PM
**To:** Richard Solomon
**Subject:** FW: Cimino

See below.

**From:** Vince A. Cimino [mailto:vince@broccoli.net]
**Sent:** Wednesday, November 10, 2010 3:36 PM
**To:** David B. Golubchik
**Subject:** RE: Cimino

I called Gary Gray and his voicemail says he is out until Tuesday. I left a message with my contact information, which he already has. By the way, he has never contacted me.

Vince Cimino
Cimino Brothers Produce
831-751-9150 X2017
831-751-9160 Fax



**From:** David B. Golubchik [mailto:DBG@lnbyb.com]
**Sent:** Wednesday, November 10, 2010 3:29 PM
**To:** Vince A. Cimino
**Subject:** FW: Cimino

????

# EXHIBIT C

Check Images

Page 1 of 1
Check Images



## Check Images

Account: GENERAL xxxxxx9302 | Check Number: 1858 | Date Posted: 7/6/2010 | Amount: $1,331.10

Zoom In 🔍 Zoom Out 🔍 Print 🖨

COMERICA BANK
www.comerica.com                                              1858

CIMINO BROTHERS PRODUCE    DEBTOR IN POSSESSION                    90-3752/1211
31 WEST MARKET ST.         CASE NO: 5:09-bk-60291                        886
SALINAS, CA 93901                                                 07/02/2010

PAY TO THE
ORDER OF     GE CAPITAL                                    $   ***1,331.10

ONE THOUSAND THREE HUNDRED THIRTY-ONE AND 10 / 100                DOLLARS

GE CAPITAL
PO BOX 31001-0275
PASADENA, CA 91110-0275

MEMO                                                AUTHORIZED SIGNATURE

⑈0018858⑈ ⑆121137522⑆ 1894759402⑈

20100706
>031000053<
PNC Bank
DEP.: TO CR. PAYEE
ABS. OF END. GTD.
>031000053<

20100706
910275

© 2005-2008, Comerica Incorporated. All rights reserved. Comerica Bank · Equal Opportunity Lender    Member FDIC    🏠 Equal Housing Lender

Product Terms
Terms and Conditions
Privacy
Security
Consumer Complaint Notice

Case: 09-60291    Doc# 217    Filed: 01/12/11    Entered: 01/12/11 16:35:15    Page 11 of 21

# EXHIBIT D

Case: 09-60291    Doc# 217    Filed: 01/12/11    Entered: 01/12/11 16:35:15    Page 12 of
21



## Check Images

Account: CHECKING xxxxxx8338 | Check Number: 1142 | Date Posted: 1/5/2011 | Amount: $4,001.05

Zoom In ⊕   Zoom Out ⊖   Print 🖨

COMERICA BANK
www.comerica.com                                          **1142**
                                                          90-3762/1221
                                                          1111

CIMINO BROTHERS PRODUCE
GENERAL ACCOUNT
31 WEST MARKET ST.
SALINAS, CA 93901                                         12/9/2010

540002933 17 010411 040615851

PAY TO THE
ORDER OF  *Hitachi Capital America Corp.*   $ 4001.05

*Four thousand one & 05/100*                      DOLLARS

*Hitachi Capital America
800 Connecticut Ave.*
MEMO *Norwalk, CT 06854*            AUTHORIZED SIGNATURE

⑈001142⑈ ⑆121137522⑆ 189 2478338⑈ ⑈000040005⑈

FOR DEPOSIT ONLY
HITACHI CAPITAL AMERICA
#40784425

540002933 0184201102340002927 01 PSN 9212   2031100209<
            B00000  CORP 040615851CITIBANK,DE
            1125 540002933 010411N CASTLE,DE

BANK OF AMERICA NA NET
011000138 P194* 94 005
01/05/11
437852954

© 2005-2008, Comerica Incorporated. All rights reserved. Comerica Bank    Equal Opportunity Lender    Member FDIC   🏠 Equal Housing Lender

Product Terms
Terms and Conditions
Privacy
Security
Consumer Complaint Notice

# EXHIBIT E

**From:** Vince A. Cimino [mailto:vince@broccoli.net]
**Sent:** Tuesday, October 26, 2010 1:49 PM
**To:** David B. Golubchik
**Subject:** FW: Cimino

I have not had any response back yet from Hitachi.

---

**From:** Vince A. Cimino
**Sent:** Tuesday, October 26, 2010 12:37 PM
**To:** 'GGray@HitachiCapitalAmerica.com'
**Subject:** Cimino

Mr. Gray,

I have been asked to contact you to make arrangements for turnover of rejected equipment. Would you please provide me a phone number to call you as I only have address and email information. Thank you.

Regards,

Vince Cimino
Cimino Brothers Produce
831-751-9150 X2017
831-751-9160 Fax



# EXHIBIT F



## Check Images

Account: CHECKING xxxxx8338 | Check Number: 1122 | Date Posted: 12/24/2010 | Amount: $7,812.68

Zoom In 🔍 Zoom Out 🔍 Print 🖨

COMERICA BANK
www.comerica.com

1122

(90-3752/1211)

CIMINO BROTHERS PRODUCE
GENERAL ACCOUNT
31 WEST MARKET ST.
SALINAS, CA 93901

12/6/2010

PAY TO THE ORDER OF: Bank of America

$7,812.68

Seven thousand eight hundred twelve +08/100 ———— DOLLARS

MEMO
Bank of America
Attn: Hector Perez
101 S. Marengo Ave. 3rd Floor
Pasadena, CA 91101

AUTHORIZED SIGNATURE

⑆001122⑆ ⑈121137522⑈ ⑇8924783338⑇ ⑆00007812868⑆



© 2005-2008, Comerica Incorporated. All rights reserved. Comerica Bank    Equal Opportunity Lender    Member FDIC    🏠 Equal Housing Lender

Product Terms
Terms and Conditions
Privacy
Security
Consumer Complaint Notice

Case: 09-60291    Doc# 217    Filed: 01/12/11    Entered: 01/12/11 16:35:15    Page 17 of 21



## Check Images

Account: CHECKING xxxxxx8338 | Check Number: 1123 | Date Posted: 12/24/2010 | Amount: $7,812.68

Zoom In 🔍 Zoom Out 🔍 Print 🖨

---

**1123**

COMERICA BANK
www.comerica.com

CIMINO BROTHERS PRODUCE
GENERAL ACCOUNT
91 WEST MARKET ST.
SALINAS, CA 93901

12/6/2010

PAY TO THE ORDER OF  Bank of America        $ 7,812 68

Seven thousand eight hundred twelve 68/100        DOLLARS

Bank of America
MEMO  Attn: Hector Perez
101 S. marengo Ave. 3rd Floor
Pasadena CA 91101

AUTHORIZED SIGNATURE

⑈001123⑈ ⑆121137522⑆ 1892478338⑈ ⑈00007812 68⑈

---

BANK OF AMERICA,N.A. T&C
#12208036611 E5151 94 12
1-3                12/23/10
57165/4964

4355 139

---

© 2005-2008, Comerica Incorporated. All rights reserved. Comerica Bank   Equal Opportunity Lender   Member FDIC   🏠 Equal Housing Lender

Product Terms
Terms and Conditions
Privacy
Security
Consumer Complaint Notice

Case: 09-60291   Doc# 217   Filed: 01/12/11   Entered: 01/12/11 16:35:15   Page 18 of 21



## Check Images

Account: CHECKING xxxxxx8338 | Check Number: 1158 | Date Posted: 1/11/2011 | Amount: $7,812.68

Zoom In 🔍 Zoom Out 🔍 Print 🖨

COMERICA BANK                    **1158**
www.comerica.com                 90-3752/1213
                                 RH

**CIMINO BROTHERS PRODUCE**
**GENERAL ACCOUNT**
31 WEST MARKET ST.
SALINAS, CA 93901                12/08/2010

PAY TO THE
ORDER OF: *Bank of America*                    $ 7,812.68

*Seven thousand eight hundred twelve*          **DOLLARS**

*Bank of America*
ATTN: Hector Perez
MEMO 101 S. Marengo Ave. 3rd Floor
Pasadena, CA 91101                AUTHORIZED SIGNATURE

⑈001158⑈ ⑆121137522⑆ 1892478338⑈ ⑈00007812684⑈

© 2005-2008, Comerica Incorporated. All rights reserved. Comerica Bank    Equal Opportunity Lender    Member FDIC    🏠 Equal Housing Lender

Product Terms
Terms and Conditions
Privacy
Security
Consumer Complaint Notice

Case: 09-60291    Doc# 217    Filed: 01/12/11    Entered: 01/12/11 16:35:15    Page 19 of 21

| In re:                                      |                | CHAPTER  11              |
|---------------------------------------------|----------------|--------------------------|
| CIMINO BROKERAGE COMPANY                    | Debtor(s).     | CASE NUMBER 5:09-bk-60291 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **DECLARATION OF VINCENT CIMINO IN SUPPORT OF OPPOSITION TO MOTIONS TO CONVERT OR DISMISS CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 12, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   * Christopher Alliotts    Chris@DebtFreeMonterey.com, locamail1@gmail.com
   * Effie F. Anastassiou    effieesq@salinasaglaw.com, paralegal@salinasaglaw.com
   * Todd M. Arnold    TMA@lnbrb.com
   * Bradley D. Blakeley    bblakeley@blakeleyllp.com
   * Eugene Chang    echang@steinlubin.com
   * Douglas P. Drayton    ddrayton@pacbell.net
   * Anthony A. Friedman    aaf@lnbyb.com
   * David B. Golubchik    dbg@lnbrb.com, angela@lnbrb.com
   * Michael J. Gomez    mgomez@frandzel.com, efiling@frandzel.com
   * Ralph P. Guenther    rguenther@duffyguenther.com
   * Edwin L. Joe    edwin.joe@sba.gov
   * Pamela LeBruyere    pamela@sgsslaw.com
   * Brian Y. Lee    bylee@winston.com
   * Paul E. Manasian    manasian@mrlawsf.com, gradl@mrlawsf.com
   * Austin P. Nagel    melissa@apnagellaw.com
   * Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
   * Marion I. Quesenbery    marion@rjlaw.com
   * Randy R. Rogers    rrogers@winston.com
   * Gregory A. Rougeau    rougeau@mrlawsf.com, gradl@mrlawsf.com
   * Timothy J. Silverman    tim@sgsslaw.com
   * Richard A. Solomon    richard@sgsslaw.com
   * John M. Sorich    generalmail@aswlawoffice.com
   * James A. Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
   * Richard James Wallace    richard.wallace@solidcounsel.com

☐ Service information continued on attached page

(PROOF OF SERVICE CONTINUED ON FOLLOWING PAGE)

1

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

2 On **January 12, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed

3 envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be

4 completed no later than 24 hours after the document is filed.

5 **VIA OVERNIGHT DELIVERY**
Hon. Arthur S. Weissbrodt

6 Attn: Brook Esparza, Courtroom Deputy
United States Bankruptcy Court

7 280 South First Street, Room 3020
San Jose, CA 95113-3099

8 ☐ Service information continued on attached page

9 **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 12, 2011** I

10 served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here

11 constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

12 None. ☐ Service information continued on attached page

13

14 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

15

| **January 12, 2011** | Angela Antonio | /s/ Angela Antonio |
| Date | Type Name | Signature |

16
This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

17 *January 2009*   **F** **9013-3.1**

18

19

20

21

22

23

24

25

26

27

28