IT IS SO ORDERED.
Signed February 24, 2011

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

Bernard R. Given II (State Bar No. 134718)
bgiven@frandzel.com
Michael J. Gomez (State Bar No. 251571)
mgomez@frandzel.co,
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CIMINO BROKERAGE COMPANY dba<br>CIMINO BROTHERS PRODUCE,<br><br>Debtor. | CASE No.: 09-60291-ASW<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART BANK OF AMERICA, N.A.'S MOTION FOR ORDER:**<br><br>(1) CLARIFYING CONFIRMED PLAN OF REORGANIZATION; AND<br><br>(2) CONVERTING OR DISMISSING THIS CASE<br><br>Date: January 25, 2010<br>Time: 2:15 p.m.<br>Ctrm: 3020<br>280 South First Street, Third Floor<br>San Jose, CA 95113 |

The Court has considered Bank of America, N.A.'s "Motion For Order: (1) Clarifying Confirmed Plan of Reorganization; and (2) Converting or Dismissing This Case" (the "Motion"), the "Oppositions to Motion to Convert or Dismiss Case" (the "Opposition") filed by Cimino Brokerage Company (the "Reorganized Debtor"), and Reply to the Opposition filed by Bank of America, N.A. Based on the arguments made in the Motion, the Opposition, and the Reply; the

arguments of counsel at the hearing on the Motion; and the pleadings and documents on file in this Chapter 11 case,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED** in part and **DENIED** in part as set forth below.
2. Adequate notice of the Motion was given.
3. Bank of America, N.A. is not enjoined by the confirmed Plan of Reorganization from enforcing its non-bankruptcy law rights and remedies.
4. The Reorganized Debtor shall make payments to Bank of America, N.A. pursuant to the Plan of Reorganization by the first day of each month. Should the Reorganized Debtor fail to make the payment within 10 business days of the first of each month, Bank of America, N.A. may proceed with enforcing all of its non-bankruptcy law rights and remedies without seeking further relief from this Court or providing further notice to this Court, the Reorganized Debtor, or the creditors and parties in interest of the Debtor.
5. The request to dismiss or convert this Chapter 11 case is denied without prejudice.
6. This Order is effective immediately upon its entry.
7. This Court retains jurisdiction with respect to the implementation of this Order.

DATED: February 2, 2011

Respectfully submitted,
FRANDZEL ROBINS BLOOM & CSATO, L.C.
BERNARD R. GIVEN II
MICHAEL J. GOMEZ

By: /s/ *Michael J. Gomez*
    MICHAEL J. GOMEZ
    Attorneys for Bank of America, N.A.