WINSTON & STRAWN LLP
RANDY ROGERS (S.B. No. 95993)
HANNAH L. BLUMENSTIEL (S.B. No. 214842)
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone Number: (415) 591-1000
Facsimile Number: (415) 591-1400
Email: rrogers@winston.com
Email: hblumenstiel@winston.com

Counsel for Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CIMINO BROKERAGE COMPANY, a California general partnership,<br><br>Debtor. | Case No. 09 60291 ASW<br><br>Chapter 11<br><br>**Wells Fargo Bank, N.A.'s Joinder to Motion by United States Trustee to Convert Chapter 11 Case to Chapter 7**<br><br>Date: July 18, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 3020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Wells Fargo Bank, N.A. ("Wells Fargo") hereby joins the United States Trustee's Motion to Convert Chapter 11 Case to Chapter 7 (Docket #268) (the "Motion"). In support of the Motion, Wells Fargo states:

1
WELLS FARGO BANK, N.A.'S JOINDER TO MOTION BY UNITED STATES TRUSTEE
TO CONVERT CHAPTER 11 CASE TO CHAPTER 7
CASE NO. 5:09-BK-60291

Case: 09-60291   Doc# 273   Filed: 07/12/11   Entered: 07/12/11 11:23:45   Page 1 of 3

The Court's Order of August 31, 2010 confirming the Debtor's First Amended Plan of Reorganization (the "Confirmation Order") required Cimino Brokerage Company (the "Debtor") to pay to Wells Fargo sixty (60) equal monthly installments of $34,900 on the first day of each month, commencing November 1, 2010.[1] The Debtor has failed to pay these installments for the months of May, June and July 2011.[2] These arrears total $104,900.[3] In addition, nearly every one of the monthly payments to Wells Fargo have not been timely made – most within just a day or two of the thirty day deadline after which Wells Fargo could have enforced its rights and remedies at law or in equity.[4]

The Confirmation Order also required the Debtor to provide Wells Fargo with the following financial statements:

(a) an annual financial statement, including a balance sheet and income statement, not later than 150 days after and as of the end of each fiscal year; and

(b) a quarterly financial statement, including a balance sheet, income statement and all supporting schedules (if any), not later than 45 days after and as of the end of each fiscal quarter.[5]

The Debtor's fiscal year coincides with the calendar year.[6] Accordingly, the Debtor's annual financial statement was due to Wells Fargo on or before May 31, 2011.[7] The Debtor has not provided Wells Fargo with the required annual financial statements.[8]

---

[1] Wells Fargo's Request for Judicial Notice in Support of Joinder to Motion by United States Trustee to Convert Chapter 11 Case to Chapter 7 ("RJN"), Exhibit A (Confirmation Order, Exhibit A).

[2] Declaration of Peter W. Clark in Support of Wells Fargo's Joinder to Motion by United States Trustee to Convert Chapter 11 Case to Chapter 7 ("Clark Decl."), ¶ 3.

[3] Id.

[4] Id.

[5] RJN, Exhibit A (Confirmation Order, Exhibit A).

[6] Clark Decl., ¶ 4.

[7] Id.

[8] Id.

2

WELLS FARGO BANK, N.A.'S JOINDER TO MOTION BY UNITED STATES TRUSTEE
TO CONVERT CHAPTER 11 CASE TO CHAPTER 7
CASE NO. 5:09-BK-60291

Case: 09-60291    Doc# 273    Filed: 07/12/11    Entered: 07/12/11 11:23:45    Page 2 of 3

The Debtor's quarterly financial statements for the quarters ending September 30, 2010, December 31, 2010 and March 31, 2011 were due to Wells Fargo November 15, 2010, February 14, 2011 and May 16, 2011, respectively.[9] The Debtor has not provided Wells Fargo with quarterly financial statements for the quarters ending September 30, 2010 or March 31, 2011.[10] The quarterly financial statements provided to Wells Fargo for the quarter ending December 31, 2010 were inadequate in that the accompanying Accounts Receivable Report failed to provide any information concerning the age of the Debtor's accounts receivable, in which Wells Fargo maintains a valid security interest.[11]

For the forgoing reasons, Wells Fargo supports and joins the United States Trustee's request that this case be converted from Chapter 11 to Chapter 7.

DATED: July 11, 2011

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Hannah L. Blumenstiel
Hannah L. Blumenstiel
Counsel for Wells Fargo Bank,
National Association

---

[9] Clark Decl., ¶ 5.
[10] Id.
[11] Id., Exhibit A (Debtor's Financial Statements for quarter ended December 31, 2010).