AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
GRACE E. FELDMAN, ESQ.
California State Bar #261936
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 09-60291 ASW |
| CIMINO BROKERAGE COMPANY, | R.S. No. APN-1442 |
|     Debtor.<br>_____/ | NOTICE OF RESTORATION OF OF MOTION FOR RELIEF FROM AUTOMATIC STAY BY SECURED CREDITOR, FORD MOTOR CREDIT COMPANY AGAINST DEBTOR <u>PURSUANT TO PREVAILING ORDER</u> |
| | Date: August 29, 2011<br>Time: 2:00 pm<br>Ctrm: #3020,<br>      280 S. First Street,<br>      San Jose, CA |

**TO ALL PARTIES-IN-INTEREST HEREUNDER:**

This is a core proceeding as defined by the <u>United States Bankruptcy Code</u> and this creditor consents to a final Order or Judgment by the above-entitled Court.

The above-entitled Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §157(a), et seq. and 28 U.S.C. §1334, et seq.

PLEASE TAKE NOTICE that on the date and at the time and location specified above, a hearing on the restored Motion For Relief From Automatic Stay previously brought by Secured Creditor, FORD MOTOR CREDIT COMPANY (hereinafter referred to as "Secured Creditor"), against Debtor CIMINO BROKERAGE COMPANY (hereinafter referred to as "Debtor") will take place.

PLEASE TAKE NOTICE THAT DEBTOR MUST APPEAR PERSONALLY OR BY COUNSEL AT THE TIME AND PLACE SPECIFIED ABOVE FOR THE HEARING ON THIS MATTER. IN THE EVENT DEBTOR DOES NOT APPEAR, EITHER PERSONALLY OR BY COUNSEL, AT THE HEARING ON THIS RESTORED MOTION FOR RELIEF FROM AUTOMATIC STAY AS REQUESTED BY THESE PAPERS, THIS RESTORED MOTION FOR RELIEF FROM AUTOMATIC STAY MAY BE GRANTED BY DEFAULT AND WITHOUT FURTHER PROCEEDING, SECURED CREDITOR MAY BE AUTHORIZED TO ENFORCE ITS RIGHTS AND REMEDIES UNDER THE PARTIES' CONTRACTUAL AGREEMENT.

Dated: July 7, 2011            LAW OFFICES OF
                               AUSTIN P. NAGEL


                               By /s/ Austin P. Nagel
                                 Attorneys for Secured
                          Creditor, FORD MOTOR CREDIT COMPANY

F:\SHARDATA\FORD\RESTORENTC.DOC