Richard A. Solomon, Esq., [SBN 82923]
Pamela LaBruyere, Esq., [SBN 159233]
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263


Attorneys for Secured Creditor/Moving Party
HITACHI CAPITAL AMERICA CORP.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CIMINO BROKERAGE COMPANY dba CIMINO BROTHERS PRODUCE,<br><br>Debtors.<br>_____<br>HITACHI CAPITAL AMERICA CORP.,<br><br>Movant,<br>-vs-<br><br>CIMINO BROKERAGE COMPANY dba CIMINO BROTHERS PRODUCE,<br><br>Respondents.<br>_____ | Case No: 09-60291<br><br>RS No: RAS-131<br><br>Chapter 11<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: September 14, 2011<br>Time: 2:15 p.m.<br><br>*The Courtroom of the Honorable Arthur S. Weissbrodt* |

Creditor and Movant, Hitachi Capital America Corp. ("HITACHI") complains and alleges as follows:

On November 24, 2009, the Debtors filed a voluntary Chapter 11 petition.

As set forth in the Declaration of Gary Gray filed concurrently herewith and incorporated herein by this reference ("Gray Declaration"), Debtor Cimino Brokerage Company dba Cimino Brothers Produce ("Cimino") executed and delivered to HITACHI certain lease documents

("Leases"). Pursuant to the terms of Leases, the Debtor promised to pay to HITACHI the payments set forth in the Gray Declaration.

The Debtor confirmed its plan of reorganization ("Plan") by this court's order entered August 3, 2010.

As set forth in the Gray Declaration, the Debtor has failed to make all consecutive monthly payments pursuant to the Plan. Thus, although Hitachi believes the stay does not apply after Plan confirmation, Hitachi seeks an order to confirm that it may proceed with its state court remedies, including repossession of the equipment that is subject to the Leases ("Equipment").

This Motion is based upon the Notice of Hearing on Motion for Relief from Automatic Stay; the Relief from Stay Cover Sheet; the Gray Declaration; and the Declaration of Pamela LaBruyere all filed concurrently herewith.

WHEREFORE, based upon the foregoing, HITACHI prays that, upon hearing of this motion, the automatic stay be modified as follows:

A. For an order granting HITACHI immediate relief from the automatic stay to take any and all actions, including but not limited to, possession, foreclosure and sale, to enforce its interests in the Equipment;

B. That the requirements of Bankruptcy Rule 4001(a)(3), be waived;

C. That the order be enforceable in the event this case is converted to any other chapter; and

D. That HITACHI be granted such other and further relief as this Court deems just and proper.

Dated: August 16, 2011

SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC

By: /s/ Pamela LaBruyere
Pamela LaBruyere, Esq.
Attorneys for Movant/Creditor
HITACHI CAPITAL AMERICA CORP.