```
                                              Entered on Docket
                                              October 31, 2011
                                              GLORIA L. FRANKLIN, CLERK
1   EDWINA E. DOWELL, # 149059                U.S BANKRUPTCY COURT
    Assistant U.S. Trustee                    NORTHERN DISTRICT OF CALIFORNIA
2   NANETTE DUMAS, # 148261                                                    
    JOHN S. WESOLOWSKI, # 127007      IT IS SO ORDERED.
3   EMILY S. KELLER, # 264983         Signed October 31, 2011
    United States Department of Justice
4   Office of the United States Trustee              Arthur S. Weissbrodt
    280 S. First Street, Suite 268                Arthur S. Weissbrodt
5   San Jose, CA 95113-0002                       U.S. Bankruptcy Judge
    Telephone:  (408) 535-5525
6   Fax:        (408) 535-5532

7   Attorneys for August B. Landis
    Acting United States Trustee for Region 17
8
                    UNITED STATES BANKRUPTCY COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10  In re:                            Case No. 09 6 0291 ASW
11
    CIMINO BROKERAGE COMPANY,         Chapter 11
12  a California general partnership,
                                      Date:     October 24, 2011
13              Debtor.               Time:     2:00 p.m.
                                      Place:    Courtroom 3020
14
```

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

A hearing on the United States Trustee's Motion to Convert Chapter 11 Case to Chapter 7 (the "UST Motion") was held on October 24, 2011. Nanette Dumas appeared for the United States Trustee. Other appearances were as noted in the record. Based on the record before the court, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The UST Motion is granted;

2. This case is converted to a case under Chapter 7 of the Bankruptcy Code;

3. Within fifteen (15) days the Debtor shall file a schedule of unpaid debts incurred after commencement of the Chapter 11 case in accordance with Fed. R. Bankr. P. 1019(5); and

4. Within thirty (30) days the Debtor shall file and transmit to the United States Trustee a final report and account in accordance with Fed. R. Bankr. P. 1019(5).

**\*\* END OF ORDER \*\***

## COURT SERVICE LIST

| | |
|---|---|
| CIMINO BROKERAGE CO., G/P<br>31 WEST MARKET ST.<br>SALINAS, CA 93901<br>ATTN: VINCENT CIMINO<br>        GENERAL PARTNER | DAVID B. GOLUBCHIK, ESQ.<br>TODD M. ARNOLD, ESQ.<br>LEVENE NEALE BENDER, et al.<br>10250 CONSTELLATION BLVD., STE 1700<br>LOS ANGELES, CA 90067 |
| <u>OFFICIAL COMMITTEE OF</u><br><u>UNSECURED CREDITORS</u><br>c/o GREGORY A. ROUGEAU, ESQ.<br>PAUL E. MANASIAN, ESQ.<br>MANASIAN & ROUGEAU, LLP<br>400 MONTGOMERY ST., STE 1000<br>SAN FRANCISCO, CA 94104 | |
| WELLS FARGO BANK, N.A.<br>c/o RANDY R. ROGERS, ESQ.<br>HANNAH L. BLUMENSTIEL, ESQ.<br>WINSTON & STRAWN LLP<br>101 CALIFORNIA ST., STE 3900<br>SAN FRANCISCO, CA 94111 | RYNN & JANOWSKY, LLP<br>c/o R. JASON READ, ESQ.<br>MARION QUESENBERY, ESQ.<br>RYNN & JANOWSKY, LLP<br>4100 NEWPORT PLACE DR., STE 700<br>NEWPORT BEACH, CA 92660 |
| SYSCO CORPORATION<br>c/o JASON B. BINFORD, ESQ.<br>HAYNES AND BOONE, LLP<br>2323 VICTORY AVE., STE 700<br>DALLAS, TX 75219 | L & H TRANSPORTATION, INC.<br>c/o RALPH P. GUENTHER, ESQ.<br>DUFFY & GUENTHER, LLP<br>149 BONIFACIO PLACE<br>MONTEREY, CA 93940 |
| EQUIPMENT DEPOT, LTD.<br>c/o RICHARD J. WALLACE, III, ESQ.<br>SCHEEF & STONE, LLP<br>500 NORTH AKARD<br>LINCOLN PLAZA, STE 2700<br>DALLAS, TX 75201 | UNITED INDEPENDENT SCHOOL DISTRICT<br>c/o SYLVIA M. ORNELAS, ESQ.<br>MARIO A. CASTILLO, JR., ESQ.<br>ORNELAS CASTILLO & ORNELAS<br>401 EAST HILLSIDE RD., 2ND FLR<br>LAREDO, TX 78041 |
| CHASE HOME FINANCE, LLC<br>c/o JOHN M. SORICH, ESQ.<br>ALVARADO & ASSOCIATES, LLP<br>1 MacARTHUR PLACE, STE 210<br>SANTA ANA, CA 92707 | PRODUCE CAREERS, INC.<br>c/o EFFIE F. ANASTASSIOU, ESQ.<br>ANASTASSIOU & ASSOCIATES<br>242 CAPITOL STREET<br>P.O. BOX 2210<br>SALINAS, CA 93901 |
| LAREDO COMMUNITY COLLEGE<br>c/o GEORGE R. MEURER, ESQ.<br>SIGIFREDO PEREZ, III, ESQ.<br>KAZEN MEURER & PEREZ<br>211 CALLE DEL NORTE, STE 200<br>P.O. BOX 6237<br>LAREDO, TX 78042 | U.S. SMALL BUSINESS ADMINISTRATION<br>c/o OFFICE OF THE U.S. ATTORNEY<br>455 MARKET ST., STE 600<br>SAN FRANCISCO, CA 94105-2420<br>ATTN: EDWIN L. JOE, ESQ.<br>            STAFF COUNSEL #10-001 |

*[CONTINUED NEXT PAGE]*

| | |
|---|---|
| COUNTY OF WEBB<br>c/o MARIA ELENA MORALES, ESQ.<br>1514 VICTORIA, STE 1<br>LAREDO, TX  78040 | BANK OF AMERICA<br>c/o MICHAEL J. GOMEZ, ESQ.<br>FRANDZEL ROBINS BLOOM, et al.<br>6500 WILSHIRE BLVD., 17TH FLR<br>LOS ANGELES, CA  90048-4920 |
| TIN INC., dba Temple-Inland<br>1300 SOUTH MOPAC EXPWY, 3RD FLR<br>AUSTIN, TX  78746-6933<br>ATTN:  DANIEL J. McDONALD<br>         LEGAL DEPT. | TIN INC., dba Temple-Inland<br>c/o LISA LENHERR, ESQ.<br>TIEMSTRA LAW GROUP, PC<br>1111 BROADWAY, STE 1501<br>OAKLAND, CA  94607-4036 |